UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maryann J. Deleo, Michael E. Deleo,

      Plaintiffs,                              Civil No.06-4869 (RHK/AJB)

vs.                                       **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

Boehringer Ingelheim Pharmaceuticals,
Inc., a Delaware corporation, Pfizer, Inc., a
Delaware corporation, Pharmacia Corporation,
a Delaware corporation, Pharmacia & Upjohn
Company LLC,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 13, 2006

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge